UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

DEC 11 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHRIS CHAVEZ, an individual, on
behalf of himself, the general public and
those similarly situated,

    Plaintiff - Appellee,

 v.

LUIS MARIO SANTANA,

    Objector - Appellant,

 v.

BLUE SKY NATURAL BEVERAGE
CO., a foreign corporation; et al.,

    Defendants - Appellees.

No. 12-16520

D.C. No. 3:06-cv-06609-JSW
U.S. District Court for Northern
California, San Francisco

**ORDER**

   A review of the file in this case reveals that counsel has failed to perfect the

appeal as prescribed by the Federal Rules of Appellate Procedure.

   Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to

file the opening brief on appeal in this case. Counsel for appellant is directed to

notify immediately his/her client in writing regarding this dismissal.

   This order served on the district court shall constitute the mandate of this

court.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Allison Fung
Deputy Clerk